IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

    Plaintiff,                    1: 09 CV 00205 LJO YNP GSA (PC)

    vs.                             ORDER RE MOTION (DOC 29)

DERRAL ADAMS, et al.,

    Defendants.

    Defendants have requested an extension of time in which to respond to the following discovery requests: request for production of documents to defendant Adams; a set of interrogatories to defendant Adams; a request for admissions to defendant Adams; and requests for production of documents to defendants Adams, Junious, Callow, Lee, Ponce, Purvis, Baeri, Valdez and Buenos.

    Good cause appearing, IT IS HEREBY ORDERED that defendants are granted an extension of time to January 23, 2010 in which to provide the discovery responses to Plaintiff.

    IT IS SO ORDERED.

Dated: **December 23, 2009**       **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE