# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | CASE NO. 1:09-cv-00205-LJO-SKO PC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | |
| DERRAL ADAMS, et al., | |
| Defendants. | |

Plaintiff Barry Louis Lamon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 3, 2010, Defendants submitted an application for an extension of time to respond to Plaintiff's opposition to Defendants' motion for summary judgment. (Doc. #60.)

Plaintiff has not yet filed his opposition, but Defendants argue that the opposition is due on December 30, 2010 and Defendants' counsel will be on vacation during that time. Defendants seek to extend the deadline for filing a reply to January 7, 2010.

Good cause having been shown, it is HEREBY ORDERED that Defendants' reply shall be served and filed by January 7, 2010, or within seven days after Plaintiff's opposition is served, whichever date comes later.

IT IS SO ORDERED.

**Dated:   December 7, 2010**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE