1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   BARRY LOUIS LAMON,                          CASE NO. 1:09-cv-00205-LJO-SKO PC

10                    Plaintiff,                ORDER DENYING MOTION

11        v.                                    (Doc. 63)

12   DERRAL ADAMS, et al.,

13                    Defendants.
                                              /
14   _____

15        Plaintiff Barry Louis Lamon ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 9, 2010, Plaintiff

17   filed a motion requesting an extension of the discovery deadline.  (Doc. #63.)

18        On October 27, 2009, the Court issued a discovery and scheduling order.  (Doc. #17.)  The

19   order set June 27, 2010, as the deadline for conducting all discovery.  Plaintiff has failed to

20   demonstrate that good cause exists to extend the deadline, particularly in light of the fact that

21   Plaintiff's request comes five months after the deadline had passed.  Plaintiff fails to explain why

22   he failed to request an extension prior to the expiration of the deadline.[1]

23        Plaintiff's motion describes an ongoing problem with getting documents from Defendants

24   related to a motion to compel that was resolved on November 2, 2010.  (Doc. #55.)  However, those

25

26        [1]Plaintiff did request an extension of the discovery deadline on January 19, 2010.  (Doc. #29.)  However,
     the Court denied the request without prejudice.  (Doc. #34.)  The Court found the request to be premature because
27   the request was made in January 2010, and the discovery deadline was still six months away.  Plaintiff was informed
     that he may re-file a request to extend the deadline when the deadline was imminent.  Plaintiff did not re-file a
28   request to extend the deadline.

1

1    issues do not justify reopening discovery and permitting Plaintiff to file new discovery requests.

2    Plaintiff also argues that he has pending deadlines in multiple cases.  However, these deadlines do

3    not explain why Plaintiff failed to propound his discovery requests before the June 27, 2010,

4    deadline.  Plaintiff has failed to demonstrate why good cause exists to reopen discovery.

5              Based on the foregoing, it is HEREBY ORDERED that Plaintiff's motion is DENIED.

6

7    IT IS SO ORDERED.

8    **Dated:     January 14, 2011**                          /s/ **Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28