# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>   Plaintiff,<br><br>   v.<br><br>DERRAL ADAMS, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:09-cv-00205-LJO-SKO PC<br><br>ORDER REQUIRING DEFENDANTS TO FILE A STATUS REPORT ON RECEIPT OF PLAINTIFF'S RESPONSES TO REQUESTS FOR ADMISSION<br><br>(Doc. 84)<br><br>**DEADLINE:     March 22, 2011** |

On February 1, 2011, the Court ordered Plaintiff to serve his responses to Defendants' requests for admission within thirty days. Defendants' counsel is HEREBY DIRECTED to file a status report on or before **March 22, 2011**, informing the Court whether Plaintiff complied and if so, providing the date of service of the responses.

IT IS SO ORDERED.

**Dated:   March 18, 2011**           /s/ Sheila K. Oberto
                                 UNITED STATES MAGISTRATE JUDGE

1