1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9   BARRY LOUIS LAMON,                    CASE NO. 1:09-cv-00205-LJO-SMS (PC)

10                    Plaintiff,          ORDER DENYING PLAINTIFF'S REQUEST
                                          FOR A COPY OF THE COURTROOM
11        v.                              MOTION CALENDAR

12   DERRAL ADAMS, et al.,                (Doc. 82.)

13                    Defendants.
     _____/
14

15        Barry Louis Lamon, ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16   in this civil rights action pursuant to 42 U.S.C. §1983.

17        On February 1, 2011, Plaintiff filed a request that he be provided with a copy of the court's

18   motion calendar.  There is no motion calendar in prisoner cases, per Local Rule 230(l).  All such

19   motions are deemed submitted either twenty-eight (28) days after the motion was filed, or on the

20   filing of any reply -- whichever occurs first.  L.R. 230(l); L.R. 135.

21        Accordingly, Plaintiff's request for a copy of the courtroom motion calendar is DENIED.

22
23
24   IT IS SO ORDERED.

25   **Dated:    April 6, 2011**            _____  **/s/ Sandra M. Snyder**  _____
                                          UNITED STATES MAGISTRATE JUDGE
26
27
28

1