1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | CASE NO. 1:09-cv-00205-LJO-SMS (PC) |
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | Date:   April 27, 2011 |
| DERRAL ADAMS, et al., | Time: 10:30 a.m. |
| Defendants. | |
| _____/ | |

       On March 23, 2011, this case was reassigned to the undersigned as Magistrate Judge for all further pretrial proceedings.  (Doc. 96.)  Upon a thorough review of the case the Court deems a telephonic status conference to be necessary.

       Accordingly, this case is set for telephonic status conference on April 27, 2011, at 10:30 a.m. for which Defendants' counsel is ordered to arrange a conference call, including Plaintiff, placed to (559) 499-5690.  The Clerk's Office is directed to send a courtesy copy of this order to the Litigation Coordinator at California State Prison, Corcoran.

IT IS SO ORDERED.

**Dated:   April 18, 2011**                    **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE

1