# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | CASE NO. 1:09-cv-00205-LJO-SMS (PC) |
| Plaintiff, | ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE |
| v. | |
| DERRAL ADAMS, et al., | [Docs. 38, 54, 57, 64, 78, 80, 85, 86, 89, 91, 93, 103, 104] |
| Defendants. | |

On April 27, 2011, at 10:30 a.m. a telephonic status conference was held in this case with Plaintiff appearing pro se and Lakeysia Beene, Esq. appearing for all served Defendants.

As discussed therein, it is HEREBY ORDERED that:

(1) the Complaint will be re-screened in light of the changed pleading standards as delineated in *Ashcroft v. Iqbal*, ___ U.S. ___, 129 S.Ct. 1937 (2009). *See Moss v. U.S. Secret Service*, 572 F.3d 962 (9th Cir. 2009) *ref. Iqbal*; *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007);

(2) within thirty (30) days of the date of service of the order adopting the screening findings and recommendations, both parties may file discovery motions delineating remaining discovery sought (i.e. via compelling further responses to previously propounded discovery as well as additional discovery necessary for adequate trial preparation and/or dispositive motions) oppositions and replies may be filed in compliance with the Federal Rules of Civil Procedure and the Local

1       Rules;[1]

2    (3)    all outstanding motions, as well as objections that might be construed as requests

3       for reconsideration, are DENIED as moot per this order.

6  IT IS SO ORDERED.

7  **Dated:**   **May 2, 2011**                                        /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Issues regarding previously served requests for admissions will be addressed by separate order and should not be addressed in any such discovery motions. Subsequent to ruling on any such discovery motions, if deemed appropriate, an amended scheduling order will issue setting forth a new, limited discovery deadline. Further, after resolution of any such outstanding discovery issues, an order providing an amended pretrial dispositive motion deadline will issue.