# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | CASE NO. 1:09-cv-00205-LJO-SMS (PC) |
| Plaintiff, | ORDER STRIKING SURREPLY |
| v. | |
| DERRAL ADAMS, et al., | (Doc. 192) |
| Defendants. | |

On September 7, 2012, Defendants filed a motion for summary judgment.  (Doc. 175.)  After requesting and receiving an extension, Plaintiff filed an opposition on October 29, 2012 and Defendants filed a reply on March 5, 2008.  (Docs. 176, 177, 183-186.)  On November 13, 2012, Plaintiff filed a surreply which he titled as an "Optional Response to Defendants' Reply." (Doc. 192.)

Plaintiff does not have a right to file a surreply under the Local Rules or the Federal Rules of Civil Procedure and Plaintiff did not obtain leave of court to do so.  Therefore, Plaintiff's surreply is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   November 26, 2012**             /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE

1