# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>        Plaintiff,<br><br>    v.<br><br>DERRAL ADAMS, et al.,<br><br>        Defendants. | CASE NO. 1:09-cv-00205-LJO-SMS (PC)<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER INCLUSION IN SETTLEMENT WEEK WOULD BE BENEFICIAL<br><br>THIRTY (30) DAY DEADLINE |

    Barry Louis Lamon, ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. §1983.

    During the entire week of June 10, 2013, the Eastern District of California, Fresno and Sacramento Divisions, is hosting Settlement Week, during which judges and volunteer mediators will conduct settlement conferences and mediation sessions at no charge to the parties. The parties are ordered to determine whether they believe participation in a settlement conference would be beneficial and feasible in this case.

    The location(s) of that the settlement conferences will be conducted may not be a Level IV prison. Therefore, Defendants' counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to a higher level prison for housing.

    Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff and

1 | <u>Defendants shall file a written response to this order.</u>[1]

3 | IT IS SO ORDERED.

4 | **Dated:   March 8, 2013**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The issuance of this order does not guarantee inclusion of any given case in Settlement Week, but the Court will make every reasonable attempt to secure the referral.  If the case is referred for settlement, the case will be stayed by order pending completion of the settlement conference.