# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DERRAL ADAMS, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-00205-LJO-SMS  PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER THE MINUTE ORDER CALENDARING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. 247) |

On March 17, 2014, this Court entered a minute order calendaring Plaintiff's motion for default judgment or other sanctions to discovery misconduct.  Doc. 246.  On March 27, 2014, Plaintiff filed an eleven-page motion for reconsideration, arguing various substantive points, but offering no basis for objection to the Court's calendaring of Plaintiff's own motion.  Doc. 247.

Plaintiff having failed to establish good cause for reconsideration of the Court's minute order setting his motion for hearing on April 23, 2014, the motion for reconsideration is DENIED.

IT IS SO ORDERED.

　　Dated:   **March 28, 2014**　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1