# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON<br><br>Plaintiff,<br><br>v.<br><br>DERRAL ADAMS, et al.,<br><br>Defendants. | Case No. 1:09-cv-00205-LJO-SMS  PC<br><br>ORDER STRIKING AS UNTIMELY PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 259) |

On April 23, 2014, this Court denied Plaintiff's motion for an enlargement of time in which to file a reply brief to Defendants' motion for summary judgment, calendared and taken under submission on April 23, 2014.  The Clerk of Court docketed the order on April 24, 2014.  The Court's order recounted the procedural history by which Plaintiff's brief was to have been filed with the Clerk of Court by April 15, 2014, with no further extensions to be granted.  Thereafter, also on April 24, 2014, the Clerk docketed Plaintiff's opposition memorandum (reply brief), delivered to prison officials for mailing on April 21, 2014.  Doc. 259.

Plaintiff's opposition memorandum (reply brief) being untimely, the Court hereby strikes it (Doc. 259) in its entirety.

IT IS SO ORDERED.

Dated:   **May 2, 2014**            **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

1