# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DERRAL ADAMS, et al.,<br><br>　　　　Defendants. | Case No. 1:09-cv-00205-LJO-SMS  PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER ITS ORDER DENYING ENLARGEMENT OF TIME<br><br>(Doc. 258) |

On April 24, 2014, this Court denied Plaintiff's motion for enlargement of time for lack of good cause.  Doc. 258.  On May 9, 2014, Plaintiff filed a untimely motion for reconsideration.  As has been is habit throughout the progress of this case, Plaintiff advances no cause for reconsideration other than his disagreement with the Court's determination.

Plaintiff having failed to establish good cause for reconsideration of the Court's April 24, 2014 order denying enlargement of time, the motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated:  **May 14, 2014**　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1