# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>DERRAL ADAMS, et al.,<br><br>　　　Defendants. | Case No. 1:09-cv-00205-LJO-SMS  PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER ITS ORDER STRIKING PLAINTIFF'S OPPOSITION BRIEF AND STRIKING PLAINTIFF'S OBJECTIONS<br><br>(Doc. 263) |

　　　On April 24, 2014, this Court denied Plaintiff's motion for enlargement of time for lack of good cause. Doc. 258. On May 9, 2014, Plaintiff filed an untimely motion for reconsideration. Plaintiff having failed to establish good cause for reconsideration of the Court's April 24, 2014 order denying enlargement of time, the Court denied the motion.

　　　Despite the Court's denial of Plaintiff's motion to enlarge time, on May 5, 2005, Plaintiff filed an untimely reply brief. The Court struck the brief as untimely.

　　　Plaintiff now moves for reconsideration of the Court's order striking his reply brief. Since the Court has repeatedly denied Plaintiff's prior motions regarding the untimely submission of his reply brief, this motion is duplicative, frivolous, and abusive of the Court and the Defendants. As this Court has repeatedly stated, Plaintiff's disagreement with the Court's rulings is not grounds for

///

1

reconsideration. *See Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009); *Harvest v. Castro*, 531 F.3d 737, 748-49 (9th Cir. 2008).

Accordingly, the Court hereby DENIES, with prejudice, Plaintiff's Motion for the Magistrate Judge to Reconsider Her Order Striking My Opposition (Doc. 263) and STRIKES Plaintiff's Objections to the Court Order (Doc. 263). No further motions for reconsideration will be considered, and if one is filed, it will be summarily stricken from the record without further notice.

IT IS SO ORDERED.

Dated:   **May 21, 2014**               **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE