UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br>        Plaintiff,<br><br>v.<br><br>DERRAL ADAMS, et al.,<br>        Defendants. | 1:09-cv-00205-LJO-SMS  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>BARRY LOUIS LAMON, CD # E-08345,<br>PLAINTIFF'S WITNESS<br><br>DATE: August 4, 2015<br>TIME:  9:00 a.m. |

   Barry Louis Lamon, inmate, CDC #E-08345, a necessary and material witness for himself as the plaintiff in proceedings in this case on August 4, 2015, is confined at California State Prison, Sacramento, California (SAC), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the United States District Courthouse in Courtroom #25, 501 I. Street Sacramento, California 95814, on Tuesday, August 4, 2015, at 9:00 a.m.

   **ACCORDINGLY, IT IS ORDERED that:**

   1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

   2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

   **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Sacramento, California (SAC), 100 Prison Road, Represa, California 95671**

   **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

   **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

   Dated:  **May 19, 2015**                    **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE