# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>        Plaintiff,<br><br>    v.<br><br>ADAMS, et al.,<br><br>        Defendants. | **Case No. 1:09-cv-00205-LJO-JLT (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR ACCESS TO CASE FILES AND LEGAL MATERIALS FOR LACK OF JURISDICTION**<br><br>**(Docs. 287, 291)** |

      Plaintiff, Barry Louis Lamon, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 6, 2015, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days.  Neither side filed any objections.  Local Rule 304(b), (d).

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations, filed on October 6, 2015 (Doc. 291), is adopted in full; and

2. Plaintiff's motion, filed on September 21, 2015 (Doc. 287) requesting access to case files and legal materials, is denied for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **December 2, 2015**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE