# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DERRAL ADAMS, et al.,<br><br>　　　　　Defendants. | Case No. 1:09-cv-00205-LJO-SMS PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>Telephonic Trial Conference Hearing: February 29, 2016, 8:30 a.m., Magistrate Judge Jennifer L. Thurston -- (661) 321-3833 |

　　　This action is currently set for telephonic trial confirmation hearing on January 21, 2016 and trial on March 8, 2016.  The Court has learned that Plaintiff, who is proceeding *pro se*, was recently transferred to a crisis bed at the California Men's Colony ("CMC") in San Luis Obispo. As of today, his condition and release date back to the California Correctional Institution ("CCI") in Tehachapi is uncertain.

　　　Accordingly, it is HEREBY ORDERED that the telephonic trial confirmation hearing on January 21, 2016 is CONTINUED to February 29, 2016 at 8:30 a.m. Defendants' counsel shall arrange for the telephone contact with Plaintiff and, when all parties are on the line, shall initiate a one-line conference call to the Court at (661) 321-3833.

　　　Further, the Clerks' Office is directed to send a copy of this order to the Litigation Coordinators and "out-to-court" desks at California Correctional Institute in Tehachapi and the

California Men's Colony in San Luis Obispo.

IT IS SO ORDERED.

Dated: **January 15, 2016**             **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE