1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| BARRY LOUIS LAMON, | Case No. 1:09-cv-00205-LJO-JLT PC |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S ACCESS TO HIS LEGAL PROPERTY |
| v. | |
| DERRAL ADAMS, et al., | |
| Defendants. | |

11

12

13

14

15

16

17        As stated in a concurrently issued order, the Court has learned that Plaintiff, who is

18 proceeding *pro se,* was recently transferred to the California Men's Colony ("CMC") in San Luis

19 Obispo.  His condition and release date back to the California Correctional Institution ("CCI") in

20 Tehachapi are uncertain and, based thereon, the current telephonic trial confirmation hearing has

21 been rescheduled.

22        However, on January 5, 2016, Plaintiff filed a motion for a protective order, seeking

23 assistance from the Court to gain access to his legal property (which will be construed as a motion

24 for preliminary injunction and addressed via findings and recommendations at a later date when

25 Plaintiff has returned to normal custody status)[1].   (Doc. 306.)

26        Plaintiff filed a similar motion indicating that he was unable to access his records due to

27

---

[1] Plaintiff's requests for extensions of time will be addressed via separate order.

28

1

1   transfers between CSP-Sacramento and CSP-Corcoran.  (Doc. 285.)  The order on that motion

2   requested the assistance of the Wardens and Litigation Coordinators at CSP-Sacramento and

3   CSP-Corcoran to facilitate Plaintiff's access to his legal property, apparently to no avail.  (Doc.

4   285.)

5        This action is currently scheduled for trial on March 8, 2016[2] and Plaintiff should have

6   whatever of his legal property exists available as soon as he is able to engage in the necessary

7   preparation.  Thus, prison personnel at all three facilities mentioned in Plaintiff's motions are

8   requested, as a courtesy to the Court, to assist in locating Plaintiff's legal papers/materials and

9   thereafter to advise of the results of their search -- including whether any such items have been

10  destroyed, discarded, or are otherwise unobtainable.  Accordingly,

11      1.   The Court requests the assistance of Monica Anderson and the Wardens

12           and Litigation Coordinators at CSP-Sacramento, CSP-Corcoran, and CCI-

13           Tehachapi in investigating the location of Plaintiff's legal property.  The

14           Court requests also that they facilitate Plaintiff's access to his legal papers,

15           and within **twenty days** of the date of this order, to lodge with the Court

16           via e-mail to JLTOrders@caed.uscourts.gov (with a copy to plaintiff) a

17           letter advising of the results of their efforts; and

18      2.   The Clerk's Office is ordered to forward copies of this order to Monica

19           Anderson and the Wardens and Litigation Coordinators at CSP-

20           Sacramento, CSP-Corcoran, and CCI-Tehachapi.

21

22  IT IS SO ORDERED.

23      Dated:   **January 15, 2016**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27  ─────────────────────────
    [2] This issue needs resolution as soon as possible even if the current trial date is continued given Plaintiff's current
28  change in housing as noted in the order re-scheduling the telephonic trial confirmation hearing.