# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | Case No. 1:09-cv-00205-LJO-JLT PC |
| Plaintiff, | ORDER DENYING AND RESERVING PLAINTIFF'S REQUEST FOR EXTENSIONS OF TIME |
| v. | |
| DERRAL ADAMS, et al., | (Doc. 306) |
| Defendants. | |

This action is scheduled to start trial on March 8, 2016. On January 5, 2016, Plaintiff filed a motion[1] seeking a thirty-day extension of time to file objections to the order denying his motion for attendance of incarcerated witnesses (Doc. 301), the pretrial order (Doc. 302), and the minute order which changed the telephone number to be called for the telephonic trial confirmation hearing (Doc. 303).

Though Plaintiff details a number of incidents involving prison personnel and explains about his inability to access his legal property, neither provides good cause to grant an extension of time for him to file objections to the order denying his motion for attendance of incarcerated witnesses (Doc. 301), or the minute order which merely changed the telephone number to be called for the telephonic trial confirmation hearing (Doc. 303). Neither stated a time for filing of

---

[1] Plaintiff also seeks a "protective order" in this motion regarding his treatment by prison staff and access to his legal property. Those issues are addressed by separate order.

1

objections and his remedy, if any, is in an appeal from the final judgment.

Finally, the issue of an extension of time for Plaintiff to file objections to the Pretrial Order (Doc. 302) will be discussed at the telephonic trial confirmation hearing and ruling thereon is reserved.

Accordingly, it is HEREBY ORDERED, that as to the extensions of time Plaintiff seeks in his motion, filed on January 5, 2016 (Doc. 306):

1. Plaintiff's motion for a thirty day extension of time to file objections to the order denying his motion for attendance of incarcerated witnesses and to the minute order which changed the telephone number to be utilized for the telephonic trial confirmation hearing, is DENIED; and

2. Plaintiff's motion for an extension of time to file objections to the pretrial order is RESERVED.

IT IS SO ORDERED.

Dated:   **January 19, 2016**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE