# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | Case No. 1:09-cv-00205-LJO-JLT PC |
| Plaintiff, | ORDER VACATING TRIAL DATE |
| v. | |
| DERRAL ADAMS, et al., | |
| Defendants. | |

    Recently, the Court has learned that Plaintiff was transferred to a "crisis bed" as California Men's Colony in San Luis Obispo. His condition and release date back to the California Correctional Institution in Tehachapi is uncertain. As a result, the Court continued the telephonic trial confirmation to February 29, 2016 at 8:30 a.m. Because the Court does not know whether Plaintiff will be able to proceed to trial on March 8, 2016, the Court **ORDERS**:

    1.    The trial date is **VACATED**. If appropriate, the Court will set the new trial date at the hearing on February 29, 2016. The parties SHALL be prepared to select a new trial date.

IT IS SO ORDERED.

    Dated:   **January 19, 2016**          **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE