# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAMS, et al.,<br><br>    Defendants. | Case No.: 1:09-cv-00205-LJO-JLT (PC)<br><br>**ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WHETHER SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>(Doc. 319)<br><br>**14 DAY DEADLINE** |

On February 8, 2016, Plaintiff filed a document indicating a willingness to settle this action, apparently on terms discussed earlier. (Doc. 319.)

Accordingly, within 14 days, Defendants **SHALL** file a statement indicating whether they believe a settlement conference would likely to be fruitful.

IT IS SO ORDERED.

Dated:   **February 9, 2016**         /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE

1