# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAMS, et al<br><br>　　　　　Defendants. | Case No. 1:09-cv-00205-LJO-SMS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR RETURN OF ORIGINAL DOCUMENTS**<br><br>**(Doc. 318)** |

　　　　On February 5, 2016, Plaintiff, Barry Louis Lamon, filed a motion requesting that the original documents he filed on or about January 3, 2016, be returned to him.  (Doc. 318.)  Upon review of the docket, the only item filed by Plaintiff around January 3, 2016 which included exhibits, was his motion for temporary restraining order and a preliminary injunction, filed on January 5, 2016.  (Doc. 307.)

　　　　Plaintiff was cautioned, when he filed this action in 2009, that he should not send originals of documents to the Court.  (*See* Doc. 3, 1st Info O.)  Plaintiff is on notice that the Court is not a repository for the parties' evidence and that any documents he submits to the Court will be scanned into the docket and periodically thereafter will be summarily destroyed.  In this instance, it happens that the original documents Plaintiff seeks have not yet been destroyed.  Thus, they will be returned to Plaintiff this one time.  However, the Court is under no obligation to return documents to parties who did not submit a self-addressed-stamped-envelope for that purpose.  An

exception will be made for Plaintiff just this once.  **Plaintiff is admonished not to submit originals to the Court unless expressly ordered to do so.  All further originals submitted to the Court will be destroyed.**

Accordingly, the Court ORDERS that Plaintiff's motion for return of his original documents submitted with his motion for a temporary restraining order, filed on February 5, 2016 (Doc. 318), be GRANTED and the Clerk's Office is DIRECTED to return the documents that Plaintiff filed as exhibits to his motion for a temporary restraining order (Doc. 307) to Plaintiff.

IT IS SO ORDERED.

Dated:   **February 9, 2016**              /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE