UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAMS, et al.,<br><br>  Defendants. | Case No.: 1:09-cv-00205-LJO-JLT (PC)<br><br>**ORDER AFTER TELEPHONIC TRIAL CONFIRMATION HEARING** |

On February 29, 2016, the Court held the telephonic trial confirmation hearing. At the hearing, Mr. Lamon reported that, though he had received nine boxes of legal materials (*See* Doc.312), these materials did not include documents related to this case. Counsel for Defendants agreed to research the issue further and to obtain copies of logs related to Plaintiff's property when he was moved from CSP Sacramento in August 2015 through today. However, to allow Plaintiff to prepare for trial, the Court determined that information contained on the docket could be helpful toward that end. Thus, herewith, the Court provides to Plaintiff the substantive documents he has filed and any evidence filed by Defendants that address the merits of the case. Finally, the Court set the trial date along with other pretrial dates.

**ORDER**

1. The trial is set on **April 18, 2016** at 9:00 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA;

2. Any motions in limine SHALL be filed no later than **March 25, 2016** and any oppositions thereto will be filed on **April 4, 2015**. The hearing on the motions in limine is **April 18, 2016** at 8:30 a.m. Defense counsel SHALL have the motions in limine filed on behalf of the defendants, to be hand-delivered to Mr. Lamon via prison personnel;

3. The documents provided to Plaintiff[1] herewith are: Docs. 1, 8, 37, 39, 46-8, 46-10, 46-11, 46-15, 47-9, 67, 68, 70, 79, 87, 87-1, 88, 93, 118, 175-5, 175-7, 175-12, 175-14, 175-16, 183, 184, 184, 218, 232-6, 232-8, 232-9, 232-10, 232-11, 232-12, 232-13, 232-14, 232-15 and 243.

IT IS SO ORDERED.

Dated:   **February 29, 2016**                **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Due to the volume of pages, the Court does not provide copies to Defendants but, instead, provides the docket numbers.