# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADAMS, et al.,<br><br>　　　　Defendants. | Case No.  1:09-cv-00205-JLT (PC)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PER STIPULATION**<br><br>**(Doc. 330)** |

　　　　On March 16, 2016, the parties submitted a stipulation requesting the voluntary dismissal of the matter with prejudice.  They rely on Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and indicate the parties will bear their own litigation costs and attorney's fees.  (Doc. 330.)

　　　　In accordance with the parties' stipulation, the Court **ORDERS**:

　　　　1.　　All dates and deadlines, including the trial date, are **VACATED**;

　　　　2.　　This action is **DISMISSED with PREJUDICE** and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

　　Dated:　**March 17, 2016**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE