1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   BARRY LAMON,                              Case No.  1:09-cv-00205-JLT PC

12           Plaintiff,                        ORDER STRIKING PLAINTIFF'S MOTION
                                               FOR INJUNCTIVE RELIEF
13        v.
                                               (Doc. 342)
14   ADAMS, et al.,

15           Defendants                        **CLERK TO  REJECT ALL**
                                               **FURTHER FILINGS**

16

17

18        On May 2, 2018, this Court issued an order denying Plaintiff's motion to enforce the

19   settlement stipulation for lack of jurisdiction.  (Doc. 341.)  That order explicitly stated, "**No**

20   **further filings will be accepted in this case.**"  (*Id.*, p. 2 (emphasis in original).)  The same day,

21   Plaintiff filed a motion seeking injunctive relief.  (Doc. 342.)

22        As stated in the May 2, 2018 order, federal courts are courts of limited jurisdiction; they

23   possess only that power authorized by Constitution and statute, and it is presumed that a cause lies

24   outside this limited jurisdiction.  *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 378 (1994)

25   (quotation marks and citations omitted).  This Court's jurisdiction over this matter ceased upon

26   dismissal of the action on March 17, 2016.  (*See* Doc. 331.)

27        Based on the foregoing, the Court **ORDERS** that Plaintiff's motion for injunctive relief,

28   filed on May 2, 2018 (Doc. 342), is **STRICKEN** from the record in this action.  **THE CLERK**

**OF THE COURT IS DIRECTED TO REJECT ANY FURTHER FILINGS IN THIS**

**ACTION.**

IT IS SO ORDERED.

Dated:     **May 7, 2018**                          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE